UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| CABLEVISION SYSTEMS OF SOUTHERN CONNECTICUT, Limited Partnership, | : :  :  : CIVIL ACTION NO. |
| Plaintiff, | : 3:02 Civ. 0348 (EBB) *RNW* |
| -against- | : : |
| RICHARD CRUZ and AGI FERJENTSIK, | : JUNE 5, 2003 |
| Defendant. | : : |

### NOTICE AND ORDER OF PARTIAL DISMISSAL AGAINST AGI FERJENTSIK

**WHEREAS**, plaintiff, Cablevision Systems of Southern Connecticut, L.P. ("Cablevision" or "plaintiff"), having filed the above-entitled action against Agi Ferjentsik ("Ferjentsik" or "defendant") under the Communications Act of 1934, as amended, Title 47, U.S.C. §§553(a)(1) and 605(a), alleging defendant's interception, reception and display of plaintiff's cable television programming services without plaintiff's authorization by use of an unauthorized converter-decoder allegedly purchased by defendant from Millennium Enterprises of Austin, Texas; and

**WHEREAS**, defendant Ferjentsik filed no Answer or other responsive pleading to the Complaint; and

**WHEREAS**, plaintiff, being desirous to dismiss its claims without prejudice against defendant Ferjentsik in this action; now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiff's claims in this action against defendant Ferjentsik are hereby dismissed without prejudice.